UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD A. RINES,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 16-cv-13887
Hon. Matthew F. Leitman

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES (ECF #24)

In this action, Plaintiff Harold Rines challenges the denial of his application for disability insurance benefits under the Social Security Act. Both parties filed motions for summary judgment. (*See* ECF ## 13, 16.) On October 24, 2017, the Court entered an opinion and order in which it, among other things, granted in part Rines' motion for summary judgment, denied the Commissioner's motion for summary judgment, and remanded the action for further proceedings. (*See* ECF #22.)

On January 22, 2018, Rines filed a motion requesting an award of attorney fees in the amount of $5,970. (*See* ECF #24.) The Commissioner filed a response in which she stated that she did not oppose Rines' motion for attorney fees. (*See* ECF

#26.) The Court has reviewed Rines' motion and concludes that Rines' request for attorney fees is proper.

Accordingly, **IT IS HEREBY ORDERED** that Rines' motion for attorney fees is **GRANTED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 31, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 31, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
